

## COTHRUM v. STATE.
### No. 22838.

Court of Criminal Appeals of Texas.
May 17, 1944.

Robert L. Hurt, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of forgery, and by the jury assessed a penalty of two years in the State penitentiary.

The record fails to show that appellant has ever been sentenced as is required by Art. 769, Vernon's Ann. C.C.P., and cases there cited, the conviction being for a felony less than capital.

The appeal is therefore dismissed.

Letcher D. King, of Abilene, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of unlawfully carrying a pistol, appellant was assessed punishment at a fine of $100.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.